**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Jesus Gonzalez,                                                    Case No. 1:26-cv-23815-DPG

        **Plaintiff**

vs.

Mesquita Properties, LLC,

        **Defendant.**

_____/

**DEFENDANT MESQUITA PROPERTIES, LLC'S**
**REPORT REGARDING REMEDIATION**

Defendant, MESQUITA PROPERTIES LLC. ("Defendant"), by and through undersigned counsel, and pursuant to the Court's docket entry order dated June 2, 2026 (Dkt. No. 5), files this report regarding remediation, and states:

1. Defendant has reviewed the allegations contained in the Complaint and agrees to undertake remediation of the accessibility issues identified therein.

2. Defendant agrees to the entry of appropriate injunctive relief to ensure future compliance with the agreed upon remediation.

3. Defendant agrees to pay Plaintiff's reasonable attorneys' fees and costs, either as agreed to by the parties or as determined by the Court.

4. Defendant has already commenced the process of evaluating the alleged accessibility issues identified in the Complaint and determining the measures necessary to achieve full compliance. To this end, Defendant has retained an ADA compliance specialist (expert) who has already surveyed the property. Defendant expects to receive a written report this week. Based upon the initial evaluation of the compliance specialist, Defendant has been informed that the remediation process could take up to twenty-four (24) months to

complete. The compliance expert explained that the proposed changes: (1) have to be sent to a civil engineer for drawings/plans, (2) which must be submitted to the City of Miami for permitting/approval (which is still back-logged from COVID), and finally (3) a contractor must be hired to perform the necessary construction (not accounting for any unforeseen construction-related problems or delays).

5. Accordingly, Defendant respectfully submits that it intends to promptly remediate the accessibility issues identified in the Complaint and requests that the Court stay this action in accordance with its June 2 Order and procedures, as well as the information contained herein, while the remediation efforts are undertaken.

Dated: June 23, 2026

Respectfully submitted,

/s/ Adrian C. Delancy
Adrian C. Delancy, Fla. Bar No. 75337
Markowitz, Ringel, Trusty & Hartog, P.A.
Attorneys for Mesquita Properties, LLC
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Telephone: (305) 670-5000
E-mail: adelancy@mrthlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing "Defendant Mesquita Properties, LLC's Report Regarding Remediation" was served on June 23, 2026, by U.S. Mail and electronic mail to Plaintiff's counsel:

Alberto R. Real, Esq., P.A.
8927 Hypoluxo Rd., Suite 157
Lake Worth, Florida 33457
Electronic mail: albertolealesq@gmail.com